Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Against the Grain Holdings LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | DBA  Hatchets and Hops<br>DBA  Axe Wagon |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 83-3922413 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 68 Tonawanda Street, Space 1<br>Buffalo, NY 14207<br>Number, Street, City, State & ZIP Code | P.O. Box 17<br>Buffalo, NY 14203<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Erie<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  www.hatchetsandhops.com

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | Against the Grain Holdings LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor  Against the Grain Holdings LLC                              Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  See Attachment                              Relationship
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  Against the Grain Holdings LLC                                   Case number (*if known*)
        Name

          ☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
          ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
          ■ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Against the Grain Holdings LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 15, 2024
               MM / DD / YYYY

**X** /s/ Andrew R. Piechowicz                        Andrew R. Piechowicz
Signature of authorized representative of debtor      Printed name

Title    Managing Member

**18. Signature of attorney**

**X** /s/ James C. Thoman                             Date  February 15, 2024
Signature of attorney for debtor                            MM / DD / YYYY

James C. Thoman
Printed name

Hodgson Russ LLP
Firm name

140 Pearl Street
Suite 100
Buffalo, NY 14202
Number, Street, City, State & ZIP Code

Contact phone   (716) 856-4000        Email address

4135612 NY
Bar number and State

Debtor  Against the Grain Holdings LLC                                    Case number (*if known*)
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | Andrew R. Piechowicz | | Relationship to you | Affiliated Debtor |
| District | Western District of New York | When | Case number, if known | |
| Debtor | Hatchets and Hops Black Rock LLC | | Relationship to you | Affiliated Debtor |
| District | Western District of New York | When | Case number, if known | |
| Debtor | Hatchets and Hops Brooklyn LLC | | Relationship to you | Affiliated Debtor |
| District | Western District of New York | When | Case number, if known | |
| Debtor | Hatchets and Hops LLC | | Relationship to you | Affiliated Debtor |
| District | Western District of New York | When | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Against the Grain Holdings LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  February 15, 2024      **X** /s/ Andrew R. Piechowicz
                                                                   Signature of individual signing on behalf of debtor

                                                                   Andrew R. Piechowicz
                                                                   Printed name

                                                                   Managing Member
                                                                   Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Against the Grain Holdings LLC | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NEW YORK | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vox Funding LLC 100 Park Avenue 26th Floor New York, NY 10017 | | | Disputed | $48,115.28 | $0.00 | $48,115.28 |
| Ascentium Capital, LLC 23970 Highway 59 North Kingwood, TX 77339 | | Loan Equipment | | $0.00 | Unknown | Unknown |
| Benchmark International CSSA, LLC 4030 W. Boy Scout Blvd. Suite 500 Tampa, FL 33607 | | Marketing Agreement | Disputed | | | $0.00 |
| Small Business Financial Solutions, LLC 4500 East West Highway 6th Floor Bethesda, MD 20814 | | All Assets | Disputed | $129,742.46 | Unknown | Unknown |
| U.S. Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155 | | All Assets | | $479,404.00 | Unknown | Unknown |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

# United States Bankruptcy Court
### Western District of New York

In re   Against the Grain Holdings LLC                              Case No.   _____
                        Debtor(s)                                    Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   February 15, 2024                    /s/ Andrew R. Piechowicz
                                             Andrew R. Piechowicz/Managing Member
                                             Signer/Title

Andrew R. Piechowicz
1469 Niagara Street
Apartment 400
Buffalo, NY 14213


Ascentium Capital, LLC
23970 Highway 59 North
Kingwood, TX 77339


Benchmark International CSSA, LLC
4030 W. Boy Scout Blvd.
Suite 500
Tampa, FL 33607


Derek Medolla, Esq.
Medolla Law, PLLC
1407 Broadway, 29th Floor
New York, NY 10018


Hatchets and Hops Black Rock LLC
68 Tonawanda Street
Space 1
Buffalo, NY 14207


Hatchets and Hops Brooklyn LLC
98 N. 11th Street
Brooklyn, NY 11249


Hatchets and Hops LLC
505 Main Street
Buffalo, NY 14205


Isaac Hirsch Greenfield, Esq.
Law Offices of Isaac H. Greenfield, PLLC
1 Executive Blvd.
Suite 305
Suffern, NY 10901


Rapid Financial Services, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814

Small Business Financial Solutions, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814


U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155


Vox Funding LLC
100 Park Avenue
26th Floor
New York, NY 10017