# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:  
    Against the Grain Holdings LLC  
      dba Hatchets and Hops, dba Axe Wagon

Case No.: 1-24-10151-CLB  
Chapter: 11

Tax ID: 83-3922413

Debtor(s)

## ORDER TO CURE CHAPTER 11 FILING DEFICIENCIES, DESIGNATING INDIVIDUAL AS RESPONSIBLE PARTY AND DIRECTIVE TO EMPLOY COUNSEL

The voluntary petition filed on February 15, 2024 seeking relief pursuant to Chapter 11 of Title 11, United States Code, failed to include:

[ ] Current Version of Official Forms  
[ ] Creditors have NOT been uploaded. If creditors are not uploaded within 24 hours of this notice, the Clerk's Office will not effectuate notice.

The current version of the Official Forms and/or documents are missing or incomplete:

[ ] Voluntary Petition: Form 201  
[ ] Declaration Under Penalty of Perjury for Non-Individual Debtors: Form 202  
[ ] Attachment to Voluntary Petition for Non-Individuals  
[X] Schedule A/B: Property (Form 206A/B)  
[X] Schedule D: Creditors Holding Secured Claims  
[X] Schedule E/F: Creditors Who Have Unsecured Claims  
[X] Schedule G: Executory Contracts and Unexpired Leases  
[X] Schedule H: Codebtors  

[X] Statement of Income  
[X] Statement of Expenses  
[X] Statement of Financial Affairs  
[X] Summary of Assets and Liabilities  
[X] List of Debtor's Equity Security Holders  
[ ] 20 Largest Unsecured Claims  
[X] Disclosure of Compensation of Attorney for Debtor(s)

    **IT IS HEREBY ORDERED** that if the above missing documents are not filed and/or deficiencies are not cured within **14 days** after the entry of the Order for Relief, the Court may order the above named Debtor(s) In Possession and, if applicable, counsel for the Debtor(s) In Possession, to appear and show cause why sanctions under Rule 9011 should not be imposed against them, and, if applicable, why any attorney's fees received thus far in connection with this filing should not be refunded in full or in part.

    **IT IS FURTHER ORDERED** that if the Debtor(s) In Possession intends to be represented by an attorney at the first meeting of creditors or for any hearing before the Court, the Debtor(s) In Possession shall file an application and proposed order to employ said attorney for any services to be performed after the filing of the petition.

    **IT IS FURTHER ORDERED** that **Andrew R. Piechowicz** is hereby designated by the Court, pursuant to Rule 9001 Fed.R.Bankr.P., to be included within the definition of Debtor In Possession.

    **IT IS FURTHER ORDERED** that, within 3 days of the filing, the Debtor(s) In Possession serve a copy of the petition, schedules, lists, etc., and any subsequent amendments and immediately file an affidavit of service with the Court, to the entities required by Federal Rules of Bankruptcy Procedure 2002(j).

Dated: FEB 1 6 2024

_____  
**HONORABLE CARL L. BUCKI**  
Chief Judge, United States Bankruptcy Court

Form 11DEFYO  
www.nywb.uscourts.gov

