# Notice Recipients

District/Off: 0209−1     User: admin     Date Created: 2/16/2024
Case: 1−24−10151−CLB     Form ID: pdforder     Total: 3

**Recipients of Notice of Electronic Filing:**
aty     James C. Thoman     jthoman@hodgsonruss.com

                                                                                                                            TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Against the Grain Holdings LLC     P.O. Box 17     Buffalo, NY 14203
pr     Andrew R. Piechowicz     1469 Niagara Street     Apartment 400     Buffalo, NY 14213

                                                                                                                            TOTAL: 2