UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In re:  Chapter 11

AGAINST THE GRAIN HOLDINGS LLC,  Case No. 24-10151 (CLB)

    Debtor.  (Joint Administration Pending)

---

In re:  Chapter 11

HATCHETS AND HOPS LLC,  Case No. 24-10152 (CLB)

    Debtor.

---

In re:  Chapter 11

HATCHETS AND HOPS BLACK ROCK LLC,  Case No. 24-10153 (CLB)

    Debtor.

---

In re:  Chapter 11

HATCHETS AND HOPS BROOKLYN LLC,  Case No. 24-10154 (CLB)

    Debtor.

---

In re:  Chapter 11

ANDREW R. PIECHOWICZ,  Case No. 24-10155 (CLB)

    Debtor.

---

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF ERIE       )

    Michelle Heftka, being duly sworn, deposes and says:

1. I am over 18 years of age and an employee with Hodgson Russ LLP and not a party to this action.

2. On the 16th day of February 2024, the following pleadings were served by using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at their respective email addresses designated for such service:

- Debtors' Motion for Entry of an Order Directing Joint Administration of the Chapter 11 Cases (the "Motion for Joint Administration");

- Debtors' Application for an Order Authorizing the Retention and Employment of Hodgson Russ LLP as Counsel to the Debtors Nunc Pro Tunc to the Petition Date (the "Retention Application");

- Debtors' Motion for Entry of Interim and Final Orders Authorizing (A) Maintenance of Existing Bank Accounts and (B) Continued Use of Existing Cash Management System (the "Cash Management Motion");

- Debtors' Motion for Interim and Final Orders Authorizing Use of Cash Collateral (the "Cash Collateral Motion"); and

- Debtors' Motion for Authority to Pay Pre-Petition Wages Retroactive to the Petition Date (the "Wage Motion," and collectively with the Motion for Joint Administration, Retention Application, Cash Management Motion, and Cash Collateral Motion, the "First Day Motions").

3. On the 20th day of February 2024, a Notice of Motion on Debtors' Motion for Joint Administration and Retention Application (the "Notice of Motion") was served by using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at their respective email addresses designated for such service.

4. On the 21st day of February 2024, I served the following pleadings via standard U.S. Mail upon on parties on the attached list:

- First Day Motions;

- Notice of Motion;

- Emergency Order Authorizing Debtors' (A) Maintenance of Existing Bank Accounts, (B) Continued Use of Existing Cash Management System, and (C) Continued Use of Existing Business Forms, entered on February 20, 2024;

- Emergency Order (A) Authorizing Debtors' Use of Cash Collateral, (B) Granting Adequate Protection, and (C) Scheduling a Final Hearing, entered on February 20, 2024; and

- Emergency Order Debtors' to Pay (A) Prepetition Employee Wages, Salaries, and Related Items, (B) Prepetition Employee Business Expenses, (C) Prepetition Contributions to and Benefits Under Employee Benefit Plans, (D) Prepetition Employee Payroll Deductions and Withholdings, and (E) All Costs and Expenses Incident to the Foregoing Payments and Contributions, entered on February 20, 2024.

_____
Michelle Heftka

Sworn to before me
this 21st day of February 2024

_____
Notary Public

LISA O'DONNELL
No. 01OD4952894
Notary Public, State of New York
Qualified in Erie County
My Commission Expires July 3, 2027

G and G Funding Group, LLC
57 West 57th Street, 4th Floor
New York, New York 10019

Vox Funding
100 Park Avenue, 26th Floor
New York, New York 10017

BizFund, LLC
315 Avenue U
Brooklyn, New York 11223

Ascentium Capital
Dominic Diloreto
239070 US 59 North
Kingwood, TX 77339

CT Corporation System
330 N. Brand Blvd. Suite 700
Glendale, California 91203

KeyBank Nat. Association
4810 Tiedeman Road
Brooklyn, OH 44144

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Corporation Service Company
PO Box 2576
Springfield, IL 62708

NYS Dept. of Labor and
Unemployment
Insurance Division
Building 12 W.A. Harriman Campus
Albany, NY 12226

Jospeh W. Allen, Esq.
Office of the U.S. Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202

Mark J. Schlant, Esq.
Subchapter V Trustee
Zdarsky, Sawicki & Agostinelli LLP
1600 Main Place Tower
350 Main Street
Buffalo, New York 14202

Vend Lease Company
8100 Sandpiper Cir., Suite 300
Baltimore, MD 21236

Rapid Financial Services, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814-3327

Small Business Financial Solutions, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814-3327

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Benchmark International CSSA, LLC
4030 W. Boy Scout Blvd.
Suite 500
Tampa, FL 33607-6072

KeyBank, N.A.
P.O. Box 89446
Cleveland, OH 44101-6446

KeyBank, N.A.
P.O. Box 94831
Cleveland, OH 44101-4831

Discover Bank
P.O. Box 70176
Philadelphia, PA 19176-0176

Goldman Sachs Bank USA
P.O. Box 7247
Philadelphia, PA 19170-0001

JPMorgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

USAA
10750 McDermott Freeway
San Antonio, TX 78288-1600

American Express Company
P.O. Box 6031
Carol Stream, IL 60197-6031

Anna Ellis
c/o Brett R. Cohen Esq.
Leeds Brown Law PC
One Old Country Road, Suite 347
Carle Place, NY 11514

| | | |
|---|---|---|
| Stripe, Inc.<br>354 Oyster Point Blvd. South<br>South San Francisco, CA 94080-1912 | Freed Maxick CPAs PC<br>424 Main Street<br>Suite 800<br>Buffalo, NY 14202 | IOU Central Inc.<br>600 Town Park Lane<br>Suite 100<br>Kennesaw, GA 30144-3736 |
| Incept<br>270 Michigan Avenue<br>Buffalo, NY 14203-2921 | Intuit Financing Inc.<br>2700 Coast Avenue<br>Mountain View, CA 94043-1140 | U.S. Small Business Administration<br>401 South Salina Street<br>5th Floor<br>Syracuse District Office<br>Syracuse, NY 13202-2415 |
| U.S. Attorney<br>Federal Centre<br>138 Delaware Avenue<br>Buffalo, NY 14202-2404 | U.S. Securities and Exchange Commission<br>New York Regional Office<br>100 Pearl Street, Ste 20-100<br>New York, NY 10004-6003 | Secretary of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220-0001 |
| U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | Justin A. Heller<br>Nolan Heller Kauffman LLP<br>80 State Street, 11th Floor<br>Albany, NY 12207 | Madeline Kauffman<br>Nolan Heller Kauffman LLP<br>80 State Street, 11th Floor<br>Albany, NY 12207 |
| RP Oak Hill Building Company, Inc.<br>c/o Daniel E. Sarzynski, Esq.<br>1600 Liberty Building<br>Buffalo, NY 14202 | KeyBank, N.A.<br>c/o Daniel E. Sarzynski, Esq.<br>1600 Liberty Building<br>Buffalo, NY 14202 | NY Dept. of Taxation and Finance<br>Building 9<br>W A Harriman Campus<br>Albany, NY 12227 |
| NYC Dept. of Finance<br>One Centre Street, 22nd Floor<br>New York, NY 10007 | | |