(Rev. 12/2023: Previous Versions are Obsolete)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK
### COVER SHEET FOR SCHEDULES, STATEMENTS, LISTS AND/OR AMENDMENTS

Case Name: Against the Grain Holdings LLC, et. al. (Jointly Administered)   Case No. 24-10151   Chapter: 11

**A. IDENTIFY TYPE OF DOCUMENT BEING FILED:** *(Select either 1, 2 or 3)*
- [ ] 1 - **Amendment** to Previously Filed Document *(Go to Sec. B)*
- [x] 2 - Schedule/Statement **Not Previously Filed** *(Go to Sec. B)*
- [ ] 3 - Schedule of **Post-Petition Debts** (result of conversion-no fee due) *(Go to Sec. D)*

**B. SUMMARIZE SPECIFICS OF DOCUMENT BEING FILED BY CHECKING APPLICABLE DATA ELEMENTS:**
- [ ] Official Form **101**:  [ ] Part 1  [ ] Part 2  [ ] Part 3  [ ] Part 4  [ ] Part 5  [ ] Part 6  [ ] Part 7
- [x] Official Form **106Sum**: Summary of Your Assets and Liabilities and Certain Statistical Information
- [x] Official Form **106Dec**: Declaration About an Individual Debtor's Schedules
- [x] Official Form **107/207**: Statement of Financial Affairs
- [ ] Official Form **108**: Statement of Intention for Individuals Filing Under Chapter 7
- [x] Schedules: [x] Schedule A/B  [ ] Schedule C  [x] Schedule D  [x] Schedule E/F
  [x] Schedule G  [x] Schedule H  [ ] Schedule I  [ ] Schedule J  [ ] Schedule J-2
- [ ] Official Form **113**: Chapter 13 Plan
- [ ] Official Form **201**: Question #: _____    [ ] Official Form **201A** (Ch 11 Non-Individuals)
- [x] Form **2030**: Disclosure of Compensation of Attorney for Debtor
- [ ] Other: _____

*FOR CHANGES AFFECTING SCHEDULES D, E/F, THE LIST OF CREDITORS, MATRIX OR MAILING LIST, PROCEED TO SECTION 'C' OF THIS FORM. OTHERWISE, PROCEED TO SECTION 'D'.*

**C. CREDITOR/SCHEDULE INFORMATION:** *(Select either 1, 2 or 3)*
- [ ] 1 - **No Creditors** are being added or deleted.
- [x] 2 - **Creditors are being added or deleted** by this amendment/schedule, AND
  - [x] **$34.00** fee is attached
  - [x] A matrix in the format prescribed by the Clerk with the complete names and addresses of the parties added is attached. Do not repeat creditor information from a previously filed matrix. The Clerk's office will not delete creditors unless a motion to delete creditors is granted.
- [ ] 3 - **Schedules of creditors (Schedules D, E/F), list of creditors, matrix or mailing list is being amended** for purposes other than adding or deleting creditors.
  - [ ] **$34.00** fee is attached [e.g. changing amount of a debt or classification of a debt].
  - [ ] The fee does not apply [e.g. change of address of a creditor or change of attorney].

**D. CERTIFICATION OF SERVICE, ATTORNEY'S DECLARATION AND DEBTOR'S UNSWORN DECLARATION**

**CERTIFICATION OF SERVICE**: Attach an "Affidavit of Service" listing each party served with a copy of the referenced document(s), this cover sheet and a copy of the §341 Meeting Notice (if applicable). Be sure to include the U.S. Trustee and the Case Trustee.

**DECLARATION OF ATTORNEY** *[Attorney OR Debtor, if pro se, must sign]*: I declare that the above information contained on this cover sheet may be relied upon by the Clerk of Court as a complete and accurate summary of the information contained in the documents attached.

Dated: 2/29/24    Signature: _____

**DECLARATION OF DEBTOR(S)**: *[Required if declaration is not completed on the document(s) itself or by separate instrument.]*
I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., consisting of 27 sheets, numbered 1 through 27, and that they are true and correct to the best of my knowledge, information and belief.

Dated: 2/29/24    Signature: _____ (debtor)

Dated: _____    Signature: _____ (joint debtor, if any)