# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    Against the Grain Holdings LLC, et al
      dba Hatchets and Hops, dba Axe Wagon

                  Debtor(s)

Case No.: 1−24−10151−CLB
Chapter: 11

Tax ID: 83−3922413

## DEFICIENCY NOTICE

Docket # *140* – Amended Schedules and/or Statements filed: Form 201 – Voluntary Petition for Non−Individuals, Schedule A−B, Summary of Assets and Liabilities, Statement of Financial Affairs. Filed on behalf of Debtor Against the Grain Holdings LLC. (Attachments: # 1 Cover Sheet) Filed by Attorney (Thoman, James)

*141* – Amended Schedules and/or Statements filed for Case No. 24−10152: Form 201 – Voluntary Petition for Non−Individuals, Schedule D, Statement of Financial Affairs. Filed on behalf of Debtor Against the Grain Holdings LLC. (Attachments: # 1 Cover Sheet for Hatchets and Hops LLC) Filed by Attorney (Thoman, James) Modified on 5/14/2024 (Leidolph, J.).

*142* – Amended Schedules and/or Statements filed for Case No. 24−10153: Form 201 – Voluntary Petition for Non−Individuals, Schedule A−B, Summary of Assets and Liabilities, Statement of Financial Affairs. Filed on behalf of Debtor Against the Grain Holdings LLC. (Attachments: # 1 Cover Sheet for Hatchets and Hops Black Rock LLC) Filed by Attorney (Thoman, James) Modified on 5/14/2024 (Leidolph, J.).

*143* – Amended Schedules and/or Statements filed for Case No. 24−10154: Form 201 – Voluntary Petition for Non−Individuals, Statement of Financial Affairs. Filed on behalf of Debtor Against the Grain Holdings LLC. (Attachments: # 1 Cover Sheet for Hatchets and Hops Brooklyn LLC) Filed by Attorney (Thoman, James) Modified on 5/14/2024 (Leidolph, J.).

*144* – Amended Schedules and/or Statements filed for Case No. 24−10155: Schedule A−B, Schedule C, Schedule D, Schedule E−F, Schedule J, Summary of Assets and Liabilities, Statement of Financial Affairs. This Filing includes: Adding Creditors and Changing the Classification of a Debt. Fee Amount $ 34. Filed on behalf of Debtor Against the Grain Holdings LLC. (Attachments: # 1 Cover Sheet for Andrew Piechowicz) Filed by Attorney (Thoman, James) Modified on 5/14/2024 (Leidolph, J.).

**PLEASE TAKE NOTICE** that the document(s) above contains deficiencies:

[ X ] Amendment: Please be advise that document #144 for case number 24−10155
    [ ] Amended Schedules must be served upon the supplemental creditors.
    [ X ] It appears creditors are being added as the fee was paid, however, a mailing matrix listing only the new creditors was not filed. The Court will not determine which creditors are being added. To efile and avoid paying a fee in error: Bankruptcy > Other > Mailing Matrix.

[ ] Official Form 423 is missing. Without this Form AND certificate number, this case will be closed without entry of a discharge order. To efile: Bankruptcy > Other > Financial Management Course

[ ] The caption on the document filed does not match the case caption in CM/ECF.

[ X ] Cover Sheet: Please be advised that the cover sheet for document #144 case number 24−10155 does not coincide with the documents filed.

[ X ] Certificate of service: is missing. To efile, Bankruptcy > Other > Certificate of Service.

[ ] Proposed Order:

[ ] Other:

**ADDITIONAL INFORMATION:** *Contact Chambers for a hearing date & time at (716) 362−3281. Motion Practice can be found on the Court's website at: www.nywb.uscourts.gov*

[ ] This motion **WILL NOT** be considered by the Court.

[ ]  To efile, **Bankruptcy > Motions > AMENDED MOTION**. Link back to the original motion.

[ ]  To efile, **Bankruptcy >**

***Questions regarding this notice should be directed to the Buffalo Clerk's Office at 716–362–3200.**

Date: May 14, 2024     Lisa Bertino Beaser, Clerk of the Bankruptcy Court
By: J. Leidolph, Deputy Clerk

Form dfyother/Doc 146
www.nywb.uscourts.gov