UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

In re:                                              Chapter 11

AGAINST THE GRAIN HOLDINGS LLC, *et al.*[1]         Case No. 24-10151 (CLB)

        Debtors.                                (Jointly Administered)

_____

## CERTIFICATE OF SERVICE

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF ERIE      )

        Michelle A. Heftka, being duly sworn, deposes and says:

        1.     I am over 18 years of age and an employee with Hodgson Russ LLP and not a party to this action.

        2.     On the 13th day of May 2024, *Debtor, Against the Grain Holdings LLC Amended Schedules and/or Statements; Debtor, Hatchets and Hops LLC, Amended Schedule and/or Statements; Debtor, Hatchets and Hops Black Rock, LLC, Amended Schedules and/or Statements; Debtor, Hatchets and Hops Brooklyn LLC, Amended Schedules and/or Statements; and Debtor, Andrew Piechowicz, Amended Schedule and/or Statements* were served by using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at their respective email addresses designated for such service.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' federal tax identification number or social security number (as applicable), are: Against the Grain Holdings LLC (2413), Hatchets and Hops LLC (8431), Hatchets and Hops Black Rock LLC (9657), Hatchets and Hops Brooklyn LLC (5742) and Andrew R. Piechowicz (1618). The mailing address for the Debtors is 505 Main Street, Buffalo, New York 14203.

3. On the 13th day of May 2024, I served *Debtor, Against the Grain Holdings LLC Amended Schedules and/or Statements; Debtor, Hatchets and Hops LLC, Amended Schedule and/or Statements; Debtor, Hatchets and Hops Black Rock, LLC, Amended Schedules and/or Statements; Debtor, Hatchets and Hops Brooklyn LLC, Amended Schedules and/or Statements; and Debtor, Andrew Piechowicz, Amended Schedule and/or Statements* via standard U.S. Mail upon on parties on the attached list.

_____
Michelle A. Heftka

Sworn to before me
this 14th day of May 2024

_____
Notary Public

COLLEEN A. THOMAS
No. 01TH6388687
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Mar. 11, 2027

G and G Funding Group, LLC
57 West 57th Street, 4th Floor
New York, New York 10019

Vox Funding
100 Park Avenue, 26th Floor
New York, New York 10017

BizFund, LLC d/b/a Smart Business
315 Avenue U
Brooklyn, New York 11223

Ascentium Capital
Dominic Diloreto
239070 US 59 North
Kingwood, TX 77339

CT Corporation System
330 N. Brand Blvd. Suite 700
Glendale, California 91203

KeyBank Nat. Association
4810 Tiedeman Road
Brooklyn, OH 44144

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Corporation Service Company
PO Box 2576
Springfield, IL 62708

NYS Dept. of Labor and
Unemployment Insurance Division
Building 12 W.A. Harriman Campus
Albany, NY 12226

Jospeh W. Allen, Esq.
Office of the U.S. Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202

Mark J. Schlant, Esq.
Subchapter V Trustee
Zdarsky, Sawicki & Agostinelli LLP
1600 Main Place Tower
350 Main Street
Buffalo, New York 14202

Vend Lease Company
8100 Sandpiper Cir., Suite 300
Baltimore, MD 21236

Rapid Financial Services, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814-3327

Small Business Financial Solutions, LLC
4500 East West Highway
6th Floor
Bethesda, MD 20814-3327

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Benchmark International CSSA, LLC
4030 W. Boy Scout Blvd.
Suite 500
Tampa, FL 33607-6072

KeyBank, N.A.
P.O. Box 89446
Cleveland, OH 44101-6446

KeyBank, N.A.
P.O. Box 94831
Cleveland, OH 44101-4831

Discover Bank
P.O. Box 70176
Philadelphia, PA 19176-0176

Goldman Sachs Bank USA
P.O. Box 7247
Philadelphia, PA 19170-0001

JPMorgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

USAA
10750 McDermott Freeway
San Antonio, TX 78288-1600

American Express Company
P.O. Box 6031
Carol Stream, IL 60197-6031

Anna Ellis
c/o Brett R. Cohen Esq.
Leeds Brown Law PC
One Old Country Road, Suite 347
Carle Place, NY 11514

Brett R. Cohen Esq.
Leeds Brown Law PC
One Old Country Road, Suite 347
Carle Place, NY 11514

Worldpay US Inc.
8500 Governors Hill Drive
Symmes Twp., OH 45249

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

Stripe, Inc.
354 Oyster Point Blvd. South
South San Francisco, CA 94080-1912

Freed Maxick CPAs PC
424 Main Street
Suite 800
Buffalo, NY 14202

IOU Central Inc.
600 Town Park Lane
Suite 100
Kennesaw, GA 30144-3736

| | | |
|---|---|---|
| Incept<br>270 Michigan Avenue<br>Buffalo, NY 14203-2921 | Intuit Financing Inc.<br>2700 Coast Avenue<br>Mountain View, CA 94043-1140 | U.S. Small Business Administration<br>224 Harrison Street, Suite 506<br>Syracuse, NY 13202 |
| U.S. Attorney<br>Federal Centre<br>138 Delaware Avenue<br>Buffalo, NY 14202-2404 | U.S. Securities and Exchange Commission<br>New York Regional Office<br>100 Pearl Street, Ste 20-100<br>New York, NY 10004-6003 | Secretary of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220-0001 |
| U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | Justin A. Heller<br>Nolan Heller Kauffman LLP<br>80 State Street, 11th Floor<br>Albany, NY 12207 | Madeline Kauffman<br>Nolan Heller Kauffman LLP<br>80 State Street, 11th Floor<br>Albany, NY 12207 |
| RP Oak Hill Building Company, Inc.<br>c/o Daniel E. Sarzynski, Esq.<br>Rupp Pfalzgraf LLC<br>1600 Liberty Building<br>Buffalo, NY 14202 | KeyBank, N.A.<br>c/o Daniel E. Sarzynski, Esq.<br>Rupp Pfalzgraf LLC<br>1600 Liberty Building<br>Buffalo, NY 14202 | NY Dept. of Taxation and Finance<br>Building 9<br>W A Harriman Campus<br>Albany, NY 12227 |
| NYC Dept. of Finance<br>One Centre Street, 22nd Floor<br>New York, NY 10007 | Daniel E. Sarzynski, Esq.<br>Rupp Pfalzgraf, LLC<br>1600 Liberty Building<br>Buffalo, NY 14202-3400 | Richard Piechowicz<br>18 Bywater Court<br>Williamsville, NY 14221 |
| Adam Prentice<br>21 Macamley Street, Upper<br>Buffalo, NY 14220 | Angela Miller<br>Phillips Lytle LLP<br>125 Main Street<br>Buffalo, NY 14203 | Buffalo Freight House Tenant LLC<br>257 Lafayette Avenue<br>Suite 102<br>Buffalo, NY 14213-1595 |
| Brian Schechter, Esq.<br>Schechter Law Office PLLC<br>315 Avenue U<br>Brooklyn, NY 11223-3923 | Derek Medolla, Esq.<br>Medolla Law, PLLC<br>1407 Broadway, 29th Floor<br>New York, NY 10018-5100 | Bezel LLC<br>24 Anderson Place<br>Buffalo, NY 14222-1708 |
| M&T Bank<br>1 M&T Plaza<br>Buffalo, NY 14203 | Giammusso Development LLC<br>8672 Millcreek Drive<br>East Amherst, NY 14051-2085 | Scott Bogucki, Esq.<br>Gleichenhaus, Marchese Weishaar, PC<br>43 Court Street, Suite 930<br>Buffalo, NY 14202-3100 |
| Citizens Bank NA<br>Attn Bankruptcy Team<br>One Citizens Bank Way<br>JCA115<br>Johnston RI 02919-1922 | Melissa L. Greenberg, Esq.<br>Helbraun, Levey LLP<br>40 Fulton Street, 28th Floor<br>New York, NY 10038-5074 | American Express National Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355-0701 |
| Hatchets and Hops LLC<br>505 Main Street<br>Buffalo, NY 14203 | Hatchets and Hops Brooklyn LLC<br>505 Main Street<br>Buffalo, NY 14203 | Against the Grain Holdings LLC<br>505 Main Street<br>Buffalo, NY 14203 |

| | | |
|---|---|---|
| Andrew R. Piechowicz<br>505 Main Street<br>Buffalo, NY 14203 | Hatchets and Hops Black Rock LLC<br>505 Main Street<br>Buffalo, NY 14203 | NYS Dept. of Labor and<br>Unemployment Insurance Division<br>P.O. Box 15130<br>Albany, NY 12212 |
| Intuit<br>2700 S. Lorraine Place<br>Sioux Falls, SD 57106 | Isaac Hirsch Greenfield, Esq.<br>Law Offices of Isaac H. Greenfield, PLLC<br>2 Executive Blvd., Ste. 305<br>Suffern, NY 10901 | NYS Dept. of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 |
| Arthur Baumeister, Jr., Esq.<br>Baumeister Denz LLP<br>174 Franklin Street, Suite 2<br>Buffalo, New York 14202 | Mary Clare Kane, Esq.<br>Assistant United States Attorney<br>Western District of New York<br>138 Delaware Avenue<br>Buffalo, New York 14202 | Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054-3025 |
| KeyBank NA<br>4910 Tiedeman Road<br>Brooklyn, OH 44144-2338 | LEAF Capital Funding LLC<br>2005 Market Street 14th FL<br>Philadelphia PA 19103-7009 | U.S. Small Business Administration<br>401 South Salina Street<br>4th Floor<br>Syracuse, NY 13202-2415 |
| USAA Federal Savings Bank<br>Robertson, Anschutz, Schneid, Crane & Pa<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004-2001 | Worldpay US, Inc.<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2541 | |